**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CRIMINAL MINUTES - SENTENCING AND JUDGMENT**

( ___ Amended _____ )

Case No.    CR 07-1143-VBF                                                              Date    June 9, 2009

Present: The Honorable    Valerie Baker Fairbank, United States District Judge

| Rita Sanchez | Rosalyn Adams | John Lulejian |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* | *Assistant U.S. Attorney* |

| Defendant | Custody | Bond | Counsel for Defendant | Retd. | DFPD | Panel | Interpreter |
|---|---|---|---|---|---|---|---|
| 2) Debra Ann Johnson | ☐ | X | Janet Sherman | ☐ | ☐ | X | |

**PROCEEDINGS:**      **SENTENCING AND JUDGMENT HEARING**      ☐ Contested      X Non-Evidentiary

Day ___ (if continued from a prior hearing date)

___ Refer to Judgment and Probation/Commitment Order; signed copy attached hereto.    X Refer to separate Judgment Order.
___ Imprisonment for __Years/months__ on each of counts _____
    Count(s) _____ concurrent/consecutive to count(s) _____
    Fine of $_____ is imposed on each of count(s) concurrent/consecutive.
    ___ Execution/Imposition of sentence as to imprisonment only suspended on count(s) _____
___ Confined in jail-type institution for _____ to be served on consecutive days/weekends
    commencing _____
___ years/months Supervised Release/Probation imposed on count(s) _____
consecutive/concurrent to count(s) _____
under the usual terms & conditions (see back of Judgment/Commitment Order) and the following additional terms and conditions, under the direction of the Probation Office:
    ___ Perform _____ hours of community service.
    ___ Serve _____ in a CCC/CTC.
    ___ Pay $_____ fine amounts & times determined by P/O.
    ___ Make $_____ restitution in amounts & times determined by P/O.
    ___ Participate in a program for treatment of narcotic/alcohol addiction.
    ___ Pay any fine imposed by this sentence & that remains unpaid at commencement of community supervision. Comply with rules/regulations of ICE, if deported not return to U.S.A. illegally and upon any reentry during period of supervision report to the nearest P/O within 72 hours.
    ___ Other conditions: _____
___ Pursuant to Section 5E1.2(e), all fines are waived, including costs of imprisonment & supervision. The Court finds the defendant does not have the ability to pay.
___ Pay $_____ per count, special assessment to the United States for a total of $_____
___ Imprisonment for __months/years__ and for a study pursuant to 18 USC _____ with results to be furnished to the Court within __days/months__ whereupon the sentence shall be subject to modification. This matter is set for further hearing on _____
___ Government's motion, all remaining count(s)/underlying indictment/information, ordered dismissed.
___ Defendant informed of right to appeal.
___ ORDER sentencing transcript for Sentencing Commission.    ___ Processed statement of reasons.
___ Bond exonerated _____ upon surrender    ___ upon service of _____
___ Execution of sentence is stayed until 12 noon, _____ at which time the defendant shall surrender to the designated facility of the Bureau of Prisons, or, if no designation made, to the U.S. Marshal.
___ Defendant ordered remanded to/released from custody of U.S. Marshal forthwith.
___ Issued Remand/Release    # _____
___ Present bond to continue as bond on appeal.    ___ Appeal bond set at $_____
___ Filed and distributed judgment. ENTERED.
X Other   Court reporter's transcript is ordered sealed. In ¶¶10-12 of the PSR, the reference to "base" should be deleted.

                                                                                                00 : 35
                                        Initials of Deputy Clerk    rs

cc:

CR-90 (2/09)                    **CRIMINAL MINUTES - SENTENCING AND JUDGMENT**                    Page 1 of 1